IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL HORRELL,

        Plaintiff,

v.

CHEROKEE COUNTY
GOVERNMENTAL BUILDING
AUTHORITY et al.,

        Defendants.

Case No. 21-CV-96-JFH-GLJ

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 112. The Magistrate Judge recommends that the claims against Defendant John Doe be dismissed for failure to prosecute. *Id.*

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis the claims against Defendant John Doe be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 27th day of March 2025.

                                                    JOHN F. HEIL, III
                                                    UNITED STATES DISTRICT JUDGE